**Donnie Ray DUMAS Plaintiff-Appellant**

v.

**Matthew A. FALKNER; Gary L. Broyles Defendants-Appellees**

**No. 17-1942**

United States Court of Appeals, Eighth Circuit.

Submitted: December 7, 2017

Filed: December 12, 2017

Donnie Ray Dumas, Pro Se

Thomas M. Larson, U.S. Attorney's Office, Kansas City, MO, for Defendants-Appellees

Before GRUENDER, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Donnie Ray Dumas appeals after the District Court[1] granted summary judgment to defendants in his action brought under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). Viewing the summary judgment record in the light most favorable to Du-

---

1. The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

mas and drawing all reasonable inferences in his favor, we agree with the District Court that summary judgment was warranted. See Clay v. Credit Bureau Enters., Inc., 754 F.3d 535, 539 (8th Cir. 2014) (standard of review). We further conclude that the court did not err in denying Dumas's motion to add a habeas claim against the United States Parole Commission. See Kozlov v. Associated Wholesale Grocers, Inc., 818 F.3d 380, 394–95 (8th Cir. 2016) (standard of review). We affirm the judgment.